UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACI D. PEDERSEN,

                Plaintiff,

    v.

PEACE HEALTH,

                Defendant.

Case No. C22-1661-TL

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

        Plaintiff Traci D. Pedersen has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

        The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Tana Lin.

        Dated this 20th day of December, 2022.

                                          MICHELLE L. PETERSON
                                          United States Magistrate Judge