Jude Tana Lin
Laura Hobs, manager
Federal District Court
700 Stewart St
Suite 2310
Seattle, WA 98101



4/18/23

RE: Traci Pedersen vs. Peace Health 2:22-cv-01661-TL

Dear Judge Lin,

I am the plaintiff in the above referenced pro se suit filed 11/21/22. I have not served the defendant, Peace Health or moved forward on this action in any way.

At this time, I request that my pro se suit be completely dismissed.

I am now part of the Zimmerman vs. Peace Health complaint 3:22-cv-05960-TL. Any redress for the religious discrimination I suffered by the action of Peace Health will come from the Zimmerman suit which I am now part of.

Thank you.

Sincerely, Traci Pedersen



Pedersen
POB 866
Burlington, WA
98233

ATTN: Federal District Court
700 Stewart St
Suite 2310
Seattle, WA 98101

Laura Hobbs

U.S. POSTAGE PAID
FCM LETTER
BURLINGTON, WA
98233
APR 18, 23
AMOUNT
$0.63
R2304W119386-2

FILED
LODGED
RECEIVED
APR 20 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

98101-44528